```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 14117
   DORIS TAYLOR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-2202


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/31/2006 and was confirmed 12/21/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  17.00%.

      The case was dismissed after confirmation 05/22/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED              500.00           28.32         163.86
AMERICAN GENERAL FINANCE  UNSECURED            643.65             .00            .00
AMERICAN GENERAL FINANCE  NOTICE ONLY     NOT FILED               .00            .00
CAPITAL ONE AUTO FINANCE  SECURED NOT I   12249.96                .00            .00
CAPITAL ONE AUTO FINANCE  UNSECURED        NOT FILED              .00            .00
AMERICAN LOANS            UNSECURED           1127.11             .00            .00
AMERICASH LOANS           NOTICE ONLY      NOT FILED              .00            .00
B-LINE LLC                UNSECURED            767.71             .00            .00
APPLIED CREDIT BANK       NOTICE ONLY      NOT FILED              .00            .00
BETHANY HOSPITAL          UNSECURED        NOT FILED              .00            .00
BETHANY HOSPITAL          NOTICE ONLY      NOT FILED              .00            .00
CAPITAL ONE               UNSECURED            568.90             .00            .00
CFC FINANCIAL/COLLECTION  UNSECURED         NOT FILED             .00            .00
HOLT WINSTON & CARTER     NOTICE ONLY       NOT FILED             .00            .00
CHICAGO MUNICIPAL EMPLOY  UNSECURED         NOT FILED             .00            .00
CITY OF CHICAGO PARKING   UNSECURED           1288.00             .00            .00
CITY OF CHICAGO PARKING   UNSECURED         NOT FILED             .00            .00
CITY OF CHICAGO PARKING   UNSECURED         NOT FILED             .00            .00
CITY OF CHICAGO PARKING   UNSECURED         NOT FILED             .00            .00
CITY OF CHICAGO PARKING   UNSECURED         NOT FILED             .00            .00
COMMUNITY CREDIT          UNSECURED         NOT FILED             .00            .00
FINGERHUT                 UNSECURED         NOT FILED             .00            .00
FIRST NATIONAL CREDIT CA  UNSECURED         NOT FILED             .00            .00
FIRST PREMIER BANK        UNSECURED         NOT FILED             .00            .00
HOLT WINSTON & CARTER     UNSECURED         NOT FILED             .00            .00
ECAST SETTLEMENT CORP     UNSECURED            442.19             .00            .00
HSBC CARD SERVICES        NOTICE ONLY       NOT FILED             .00            .00
LEGACY VISA               UNSECURED         NOT FILED             .00            .00
LOAN EXPRESS CO           UNSECURED            372.00             .00            .00
MARIPOSA PATHOLOGY ASSOC  UNSECURED         NOT FILED             .00            .00
MERRICK BANK              UNSECURED            804.29             .00            .00
PAYDAY LOAN STORE         UNSECURED            424.25             .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 14117 DORIS TAYLOR
```

```
PUBLISHERS CLEARING HOUS  UNSECURED      NOT FILED              .00              .00
QUEST DIAGNOSTICS         UNSECURED      NOT FILED              .00              .00
TRUE LOGIC FINANCIAL COR  UNSECURED      NOT FILED              .00              .00
WORKING ASSETS            UNSECURED      NOT FILED              .00              .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         832.79              .00              .00
UNIVERSAL LENDERS INC     UNSECURED        5118.24              .00              .00
PEOPLES GAS LIGHT & COKE  FILED LATE       2518.28              .00              .00
PETER FRANCIS GERACI      DEBTOR ATTY     3,000.00                          2,171.16
TOM VAUGHN                TRUSTEE                                             156.66
DEBTOR REFUND             REFUND                                                 .00
```

       Summary of Receipts and Disbursements:
```
-----------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              2,520.00

PRIORITY                                             .00
SECURED                                           163.86
    INTEREST                                       28.32
UNSECURED                                            .00
ADMINISTRATIVE                                  2,171.16
TRUSTEE COMPENSATION                              156.66
DEBTOR REFUND                                        .00
                     --------------        --------------
TOTALS               2,520.00                   2,520.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 08/26/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 06 B 14117 DORIS TAYLOR